1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIS IFIL,

        Plaintiff,

v.

BISHOP CORPORATE SOLUTIONS,

        Defendant.

2:10-CV-2010 JCM (PAL)

**ORDER**

Presently before the court is plaintiff Willis Ifil's motion for extension of time to file a reply in support of his motion for default. (Doc. #10).

On March 2, 2011, plaintiff filed a motion (doc. #6) for entry of default due to defendant Bishop Corporate Solution's failure to file an answer to the complaint, and on March 3, 2011, the court entered default against the defendant (doc. #7). Subsequently, on March 8, 2011, defendant filed an untimely (purported) *pro se* motion to dismiss (doc. #9) and a response to the motion for default (doc. #8).

In the present motion (doc. #10), plaintiff asks this court to grant him an extension until March 28, 2011, to file his reply to the response (doc. #8) including the process server's signed affidavit and/or declaration.

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff Willis Ifil's motion for extension of time to file a reply (doc. #10) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that plaintiff file and serve his reply with this court by or before
2  March 28, 2011.
3  DATED March 23, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -