# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIS IFIL,

            Plaintiff,

vs.

BISHOP CORPORATE SOLUTIONS,

            Defendant.

Case No. 2:10-cv-02010-JCM-PAL

**ORDER**

This matter is before the court on the parties' Proposed Discovery Plan and Scheduling Order (Dkt. #23) filed on October 18, 2011. On October 4, 2011, the court entered a Scheduling Order (Dkt. #22) because the parties failed to submit a stipulated discovery plan and scheduling order in compliance with Local Rule 26-1. The parties' Proposed Discovery Plan and Scheduling Order (Dkt. #23) requests 296 days to complete discovery which is substantially more time than the 180 days deemed presumptively reasonable by Local Rule 26-1(e). Additionally, the parties proposed plan does not comply with the requirements of LR 26-1(e) which requires that any request for special scheduling review provide a statement of reasons why longer or different time periods should apply. Accordingly,

**IT IS ORDERED** Proposed Discovery Plan and Scheduling Order (Dkt. #23) is not approved and is **DENIED**, and the deadlines established in the court's Scheduling Order (Dkt. #22) shall apply.

Dated this 24th day of October, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE