# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIS IFIL,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BISHOP CORPORATE SOLUTIONS,<br><br>　　　　　　　　Defendant. | Case No. 2:10-cv-02010-JCM-PAL<br><br>**ORDER** |

　　　This matter is before the court on the parties' Proposed Discovery Plan and Scheduling Order (Dkt. #23) filed on October 18, 2011.  On October 4, 2011, the court entered a Scheduling Order (Dkt. #22) because the parties failed to submit a stipulated discovery plan and scheduling order in compliance with Local Rule 26-1.  The parties' Proposed Discovery Plan and Scheduling Order (Dkt. #23) requests 296 days to complete discovery which is substantially more time than the 180 days  deemed presumptively reasonable by Local Rule 26-1(e).  Additionally, the parties proposed plan does not comply with the requirements of LR 26-1(e) which requires that any request for special scheduling review provide a statement of reasons why longer or different time periods should apply. Accordingly,

　　　**IT IS ORDERED**  Proposed Discovery Plan and Scheduling Order (Dkt. #23) is not approved and is **DENIED**, and the deadlines established in the court's Scheduling Order (Dkt. #22) shall apply.

　　　Dated this 24th day of October, 2011.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE