# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIS IFIL,

        Plaintiff,                   Case No. 2:10-cv-02010-JCM-PAL

vs.                                          **ORDER**

BISHOP CORPORATE SOLUTIONS,

        Defendant.

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). Pursuant to the Minutes of Proceedings (Dkt. #29) entered January 31, 2012, discovery deadlines were extended which required the parties to file a joint pretrial order pursuant to LR 26-1(e)(5) no later than May 24, 2012. There are no dispositive motions pending. Plaintiff filed a Notice of Settlement (Dkt. #30) on March 19, 2012 indicating that the settlement would be finalized within 30 days. No stipulation to dismiss has been filed, and more than 60 days have elapsed. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall either file a stipulation to dismiss or a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., June 21, 2012.** Failure to timely comply may result in the imposition of sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 7th day of June, 2012.

                                                Peggy A. Leen
                                               United States Magistrate Judge